# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 17-01415-AB (KKx) | Date: | September 15, 2017 |

Title: Chelsea Hamilton v. Wal-Mart Stores, Inc. et al

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephanie Emi Yasuda | Paul W Sweeney, Jr |
| | Patrick M Madden, PHV |
| | Roman D Hernandez, PHV |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [15]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.