# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

| | |
|---|---|
| Case No. EDCV17-01415-AB (KK) | Date: December 07, 2017 |

Title  Chelsea Hamilton v. Wal-Mart Stores, Inc., et al.

## DOCKET ENTRY

PRESENT: **HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):

   None     None

## PROCEEDINGS:     (IN CHAMBERS)

Having reviewed and considered the signed Stipulated Protective Order, see ECF Docket No.54-1, and good cause appearing for same, IT IS SO ORDERED.

 

dts
Initials of Deputy Clerk

MINUTES FORM 11

CIVIL-GEN