# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA HAMILTON, individually and on behalf of all others similarly situated, and ALYSSA HERNANDEZ, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 5:17-cv-01415 AB (KKx)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

1

Plaintiffs have applied for an Order to seal certain documents in connection with their motion for partial summary judgment. (Dkt. No. 168.) On November 27, 2018, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Application to Seal Documents. (Dkt. No. 160.) On December 4, 2018, the Court issued an Order striking numerous filings from Plaintiffs for failure to comply with the local rules and to streamline the docket in this case and for clarity. (Dkt. No. 165.) Plaintiffs subsequently filed the instant Application to Seal concurrently with Plaintiffs' Motion for Summary Judgment. (Dkt. No. 168.) The Court issues this Order, which is identical to its previous Order located at Dkt. No. 160. The Court, having reviewed the parties' papers and pleadings submitted in support of the Application to Seal, and pursuant to the Protective Order governing the exchange of confidential materials in this matter, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. **Exhibit 27 to the Alvarado deposition transcript:** Plaintiffs may publicly file a redacted version with redactions that conform to those previously made in the public record at ECF No. 95-5. Plaintiffs may file under seal an unredacted copy of the same exhibit, as previously ordered. *See* ECF No. 97.

2. **Exhibits 39, 40, and 45 to the Holden deposition transcript:** Inasmuch as these exhibits are simply excerpts from Exhibit 27 to the Alvarado deposition transcript referenced above, (i) Plaintiffs may publicly file versions of these exhibits with redactions that conform to those previously made in the public record at ECF No. 95-5, and (ii) Plaintiffs may file under seal the unredacted versions, as previously ordered for the same documents (*see* ECF No. 97).

3. **Exhibit O:** As this exhibit is a page from Exhibit 27 to the Alvarado deposition transcript referenced above, (i) Plaintiffs may publicly file a version of this exhibit with redactions that conform to those previously made in the public record at ECF No. 95-5, and (ii) Plaintiffs may file under seal the unredacted version, as previously ordered for the same document (*see* ECF No. 97).

4. **Exhibit L:** As was ordered previously for a prior version of this same document (*see* ECF No. 117), (i) Plaintiffs may publicly file a version of this exhibit with redactions for the "WIN_NBR," "EMP_ID," "EMP_FIRSTNAME," and "EMP_LASTNAME" columns, and (ii) Plaintiffs may file under seal an unredacted version of this exhibit.

5. **Exhibit M:** Plaintiffs may file this exhibit under seal.

6. **Exhibit P:** Plaintiffs may file this exhibit under seal, provided that the underseal filing complies with all redaction requirements of the Federal Rules of Civil Procedure and applicable Local Rules, including by redacting the last four digits of any social security numbers.

7. **Declaration of G. Samuel Cleaver (ECF No. 168-1):** Plaintiffs may file an unredacted version of this document under seal.

8. **Exhibits G and H:** Plaintiffs' application is denied, to the extent it seeks to file these exhibits under seal.

**IT IS SO ORDERED.**

DATED: December 12, 2018

_____
Hon. ANDRÉ BIROTTE JR.
United States District Judge