UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No.: ED CV 17-01415-AB (KKx) | Date: April 11, 2019 |
| Title: Chelsea Hamilton v. Wal-Mart Stores, Inc. et al | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kenneth H Yoon | Mark D Kemple |
| George Samuel Cleaver | Matthew R Gershman |
| Stephanie Emi Yasuda | Bryan Wesley Patton |
| Brian G Lee | Adil M Khan |

_____ Day Court Trial     6th Day Jury Trial

_____ One day trial:     _____ Begun (1st day);     √ Held & Continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.     _____ Exhibits Identified     _____ Exhibits admitted.
_____ Plaintiff(s) rest.     _____ Defendant(s) rest.
√ Closing arguments made by     √ plaintiff(s)     √ defendant(s).     √ Court instructs jury.
√ Bailiff(s) sworn.     √ Jury retires to deliberate.     _____ Jury resumes deliberations.
_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.
_____ Jury polled.     _____ Polling waived.
_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.
_____ Judgment by Court for     _____ plaintiff(s)     _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by     _____ plaintiff(s)     _____ defendant(s).
_____ Case submitted.     Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.     _____ denied.     _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.     _____ denied.     _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____
                                       is _____ granted.     _____ denied.     _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to     Friday, April 12, 2019 at 11:00 am     for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Other:   Outside of the presence of the jury, Court and counsel regarding the Proposed Jury Instructions and Special Verdict Form.

√

|   |   |
|---|---|
| 2 | : 52 |
| Initials of Deputy Clerk | CB |

cc: