Mark D. Kemple (SBN 145219)
kemplem@gtlaw.com
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
Matthew R. Gershman (SBN 253031)
gershmanm@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA HAMILTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:17-cv-01415 AB (KKx) <br><br> **STIPULATION OF DISMISSAL AS TO REST BREAK CLAIMS AND SECOND MEAL PERIOD CLAIMS** <br><br> Date: April 2, 2019 <br> Time: 8:30 AM <br> Place: Courtroom 7B <br><br> Hon. André Birotte Jr. |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Chelsea Hamilton and Alyssa Hernandez (collectively "Plaintiffs") and Defendants Wal-Mart Stores, Inc. k/n/a Walmart Inc. and Wal-Mart Associates, Inc. (collectively "Wal-Mart") (collectively the "Parties") have reached a settlement with respect to the Rest Break Claims and Second Meal Period Claims subject to the terms of the Parties' Settlement Agreement and Limited Release ("Agreement"). Accordingly, subject to the terms of the Parties' Agreements, the Parties hereby stipulate to the dismissal of the Rest Break Claims and Second Meal Period Claims, with prejudice and with each party to bear their own costs, expenses, and attorneys' fees as to the Rest Break and Second Meal Period claims. No further Court order is required.

Dated: April 14, 2019          GREENBERG TRAURIG, LLP

                                /s/ Matthew R. Gershman
                               Attorneys for Defendants Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc.

Dated: April 14, 2019          YOON LAW APC

                               By   /s/ Kenneth H. Yoon

                               THE LAW OFFICES OF G. SAMUEL CLEAVER

                               By   /s/ G. Samuel Cleaver

                               FERNANDEZ & LAUBY, LLP

                               By /  /s/ Brian J. Mankin

                               Attorneys for Plaintiffs CHELSEA HAMILTON and ALYSSA HERNANDEZ

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Kenneth H. Yoon, Samuel Cleaver, and Brian J. Mankin on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

DATED:  April 14, 2019                         GREENBERG TRAURIG, LLP


                                               By /s/Matthew R. Gershman
                                                  Attorneys for Defendants WAL-MART STORES,
                                                  INC. and WAL-MART ASSOCIATES, INC.