DUPLICATE     ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 12 2019

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHELSEA HAMILTON, et al.,

Plaintiffs,

v.

WAL-MART STORES, INC. and
WAL-MART ASSOCIATES, INC.,

Defendants.

Case No. 5:17-01415-AB (KKx)

**SPECIAL VERDICT FORM**

1.

In answering these questions, you are to follow all directions provided throughout this form. Your answer to each question must be unanimous. Please refer to the Closing Jury Instructions if you are unsure about the meaning or usage of any legal terms that appear in the questions below.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## CLASS CLAIM 1(A): OVERTIME FOR EMPLOYEES ON ALTERNATIVE WORKWEEK SCHEDULE (4-DAY WEEKDAY SHIFTS)

1. **Did Walmart prove by a preponderance of the evidence that it met the requirements for an Alternative Workweek Schedule election regarding 4-day weekday shifts?**

   ___✓___ Yes  _____ No

   *If you answered "yes" to Question 1, skip Questions 2 through 8, and answer Question 9. If you answered "no," proceed to answer Question 2.*

2. **Did Plaintiffs prove by a preponderance of the evidence that members of the Alternative Workweek Subclass on 4-day weekday shifts worked more than 8 hours in one day?**

   _____ Yes  _____ No

   *If you answered "yes" to Question 2, proceed to answer Question 3. If you answered "no" to Question 2, skip Questions 3 through 8, and answer Question 9.*

3. **Did Plaintiffs prove by a preponderance of the evidence that Walmart knew or should have known that members of the Alternative Workweek Subclass on the 4-day weekday shifts worked more than eight hours in one day?**

\_\_\_\_\_ Yes \_\_\_\_\_ No

*If you answered "yes" to Question 3, proceed to answer Question 4. If you answered "no" to Question 3, skip Questions 4 through 8, and answer Question 9.*

4. **Did Plaintiffs prove by a preponderance of the evidence the number of hours that class members worked in excess of 8 hours and less than 10 hours per day?**

\_\_\_\_\_ Yes \_\_\_\_\_ No

*If you answered "yes" to Question 4, proceed to answer Question 5. If you answered "no," skip Questions 5 through 8, and answer Question 9.*

5. **What total number of hours did Plaintiffs prove by a preponderance of the evidence in Question 4? (If you have been instructed to answer this Question, you must provide a numerical answer greater than 0.)**

_____ hours

*If you answered Question 5, proceed to answer Question 6.*

6.   **Did Plaintiffs prove by a preponderance of the evidence the hourly rate of the Alternative Workweek Schedule subclass members on the 4-day weekday shift on the date that they worked overtime?**

_____ Yes  _____ No

*If you answered "yes" to Question 6, proceed to answer Question 7. If you answered "no" to Question 6, skip Questions 7 and 8, and answer Question 9.*

7.   **Did Plaintiffs prove by a preponderance of the evidence the amount of overtime pay owed to subclass members of the Alternative Workweek Schedule on the 4-day weekday shift?**

_____ Yes  _____ No

*If you answered "yes" to Question 7, proceed to answer Question 8. If you answered "no" to Question 7, skip Question 8, and answer Question 9.*

8.   **What amount of overtime pay do you award members of the Alternative Workweek Schedule subclass on the 4-day weekday shift against Walmart?**

$_____.

*If you answered Question 8, proceed to answer Question 9.*

## CLASS CLAIM 1(B): OVERTIME FOR EMPLOYEES ON ALTERNATIVE WORKWEEK SCHEDULE (3-DAY WEEKEND SHIFTS)

9. **Did Walmart prove by a preponderance of the evidence that it met the requirements for an Alternative Workweek Schedule election regarding the 3-day weekend shift?**

   ✓ Yes _____ No

   *If you answered "yes" to Question 9, skip Questions 10 through 16, and answer Question 17. If you answered "no," proceed to answer Question 10.*

10. **Did Plaintiffs prove by a preponderance of the evidence that members of the Alternative Workweek Subclass on the 3-day weekend shift worked more than 8 hours in one day?**

    _____ Yes _____ No

    *If you answered "yes" to Question 10, proceed to answer Question 11. If you answered "no," skip Questions 11 through 16, and answer Question 17.*

11. **Did Plaintiffs prove by a preponderance of the evidence that Walmart knew or should have known that members of the Alternative Workweek Subclass on the 3-day weekend shift worked more than eight hours in one day?**

    _____ Yes _____ No

    *If you answered "yes" to Question 11, proceed to answer Question 12. If you answered "no," skip Questions 12 through 16, and answer Question 17.*

12.  **Did Plaintiffs prove by a preponderance of the evidence the number of hours that class members worked in excess of 8 hours and less than 10 hours per day?**

_____ Yes _____ No

*If you answered "yes" to Question 12, proceed to answer Question 13. If you answered "no," skip Questions 13 through 16, and answer Question 17.*

13.  **What total number of hours did Plaintiffs prove by a preponderance of the evidence in Question 12? (If you have been instructed to answer this question, you must provide a numerical answer greater than 0.)**

_____ hours

*If you answered Question 13, proceed to answer Question 14.*

14.  **Did Plaintiffs prove by a preponderance of the evidence the hourly rate of the Alternative Workweek Schedule subclass members on the 3-day weekend shift on the date that they worked overtime?**

_____ Yes _____ No

*If you answered "yes" to Question 14, proceed to answer Question 15. If you answered "no," skip Questions 15 and 16, and answer Question 17.*

15.  **Did Plaintiffs prove by a preponderance of the evidence the amount of overtime pay owed to subclass members of the Alternative Workweek Schedule 3-day weekend shift?**

_____ Yes _____ No

*If you answered "yes" to Question 15, proceed to answer Question 16. If you answered "no," skip Question 16, and answer Question 17.*

6.

16. **What amount do you award the Alternative Workweek Schedule 3-day weekend shift subclass members against Walmart on their overtime claim?**

    $_____.

    *If you answered Question 16, proceed to answer Question 17.*

## CLASS CLAIM 2: MEAL BREAK CLAIM

17. **Did Plaintiffs prove by a preponderance of the evidence that Walmart did not provide the members of the Meal Break Subclass with the opportunity to take a meal break?**

    ___✓___ Yes  _____ No

    *If you answered "yes" to Question 17, proceed to answer Question 18. If you answered "no" to Question 17, skip Questions 18 through 21, and answer Question 22.*

18. **Did Plaintiffs prove by a preponderance of the evidence the number of workdays on which Walmart did not provide Meal Break Subclass members with the opportunity to take a meal break?**

    ___✓___ Yes  _____ No

    *If you answered "yes" to Question 18, proceed to answer Question 19. If you answered "no" to Question 18, skip Questions 19 through 21, and answer Question 22.*

19. **For what total number of workdays, if any, did Plaintiffs prove by a preponderance of the evidence Meal Break Subclass members are owed meal break premiums?**

452,491 total workdays

*If your answered Question 19, answer Question 20.*

20. **Did Plaintiffs prove by a preponderance of the evidence the amount of meal break premiums Walmart owes to Meal Break Subclass members?**

✓ Yes _____ No

*If you answered "yes" to Question 20, proceed to answer Question 21. If you answered "no" to Question 20, skip Question 21 and answer Question 22.*

21. **What total amount of meal break premiums, if any, did Plaintiffs prove by a preponderance of the evidence is owed to the Meal Break Subclass?**

$ ~~6,005,199.60~~ 6,001,599 O.M.

*Proceed to the next question.*

## CLASS CLAIM 3(A): DERIVATIVE CLAIM FOR WAITING TIME PENALTIES (4-DAY WEEKDAY SHIFTS)

*If you provided a dollar amount in response to Question 8 that is greater than $0, proceed to answer Question 22. If you skipped Question 8 or did not provide a dollar amount that is greater than $0 for Question 8, skip Questions 22 through 27, and proceed to answer Question 28.*

22.   **Did Plaintiffs prove by a preponderance of the evidence that the members of the Waiting Time Subclass who worked a 4-day weekday shift, performed work for Walmart?**

_____ Yes  _____ No

*If you answered "yes" to Question 22, then answer Question 23. If you answered "no" to Question 22, skip Questions 23 through 27, and proceed to answer Question 28.*

23.   **Did Plaintiffs prove by a preponderance of the evidence that members of the Waiting Time Subclass who worked a 4-day weekday shift separate from their employment with Walmart between July 13, 2015 and August 21, 2018?**

_____ Yes  _____ No

*If you answered "yes" to Question 23, then answer Question 24. If you answered "no" to Question 23, skip Questions 24 through 27, and proceed to answer Question 28.*

9.

24. **Did Plaintiffs prove by a preponderance of the evidence that Walmart willfully failed to pay overtime pay due at the end of employment of members of the Waiting Time Subclass on the 4-day weekday shift?**

    _____ Yes _____ No

    *If you answered "yes" to Question 24, then answer Question 25. If you answered "no" to Question 24, skip Questions 25 through Question 27, and proceed to answer Question 28.*

25. **Did Plaintiffs prove by a preponderance of the evidence the total number of calendar days following each of these subclass member's last day of employment?**

    _____ Yes _____ No

    *If you answered "yes" to Question 25, then answer Question 26. If you answered "no" to Question 25, skip Question 26 and Question 27, and proceed to answer Question 28.*

26. **What total amount of calendar days, up to 30 per person, did Plaintiffs prove by a preponderance of the evidence passed during which Walmart failed to pay wages owed to members of the Waiting Time Subclass on the 4-day weekday shift?**

    _____ calendar days.

    *If you answered Question 26, answer Question 27.*

27. **Did Plaintiffs prove by a preponderance of the evidence the daily wage rate for members of the Waiting Time Subclass on the 4-day weekday shift?**

    _____ Yes _____ No

    *Proceed to the next question.*

10.