1  Mark D. Kemple (SBN 145219)
   kemplem@gtlaw.com
2  Robert J. Herrington (SBN 234417)
   herringtonr@gtlaw.com
3  Matthew R. Gershman (SBN 253031)
   gershmanm@gtlaw.com
4  **GREENBERG TRAURIG, LLP**
   1840 Century Park East, Suite 1900
5  Los Angeles, California 90067-2121
   Telephone: 310.586.7700
6  Facsimile: 310.586.7800

7  Attorneys for Defendants WAL-MART STORES, INC.
8  and WAL-MART ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA HAMILTON, individually and on behalf of all others similarly situated, and ALYSSA HERNANDEZ, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-01415 AB (KKx)<br><br>**DEFENDANTS' NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

---

DEFENDANTS' NOTICE OF LODGING

ACTIVE 45299374v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's August 12, 2019 Order, Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc.'s (together, "Walmart") hereby lodge with the Court Walmart's Proposed Judgment to which Walmart understands Plaintiffs will object.

The parties have been meeting and conferring and will continue to meet and confer regarding a proposed judgment with the hope of reaching agreement prior to the August 23, 2019 objection deadline. [Dkt. 317.] The parties have also met and conferred regarding postjudgment interest. On August 16, 2019, Plaintiff provided Walmart with a proposed memorandum of post-judgment interest, which Walmart is reviewing. Walmart will continue to meet and confer with Plaintiffs in hope of reaching agreement.

DATED: August 16, 2019				GREENBERG TRAURIG, LLP

						By	*/s/ Matthew R. Gershman*
							Attorneys for Defendants WAL-MART STORES, INC. and WAL-MART ASSOCIATES, INC.