KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs
Chelsea Hamilton and Alyssa Hernandez

[Additional counsel listed on the following page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA HAMILTON, individually and on behalf of all others similarly situated, and ALYSSA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: 5:17-cv-01415 AB (KKx)<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 302 REPRESENTATION STATEMENT** |

G. SAMUEL CLEAVER [CSB No. 245717]
sam@gscleaverlaw.com
**LAW OFFICES OF G. SAMUEL CLEAVER**
5670 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90036
Telephone: (323) 648-6676

BRIAN J. MANKIN        [CSB No. 216228]
bjm@fernandezlauby.com
PETER J. CARLSON       [CSB No. 295611]
pjc@fernandezlauby.com
**FERNANDEZ & LAUBY LLP**
4590 Allstate Drive
Riverside, CA  92501
Tel:  (951) 320-1444
Fax: (951) 320-1445
bjm@fernandezlauby.com
pjc@fernandezlauby.com

Attorneys for Plaintiffs
Chelsea Hamilton and Alyssa Hernandez

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiffs in the above-named case, Chelsea Hamilton and Alyssa Hernandez, on behalf of themselves and all others similarly situated ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 4th day of September, 2019 (Docket No. 323) attached hereto as Exhibit A, and all interlocutory orders that gave rise to the Judgment.

Dated: October 2, 2019						YOON LAW, APC


							By:	  /s/ Kenneth H. Yoon
								Kenneth H. Yoon
								Stephanie E. Yasuda
								Brian G. Lee
							Attorneys for Plaintiffs
							Chelsea Hamilton and Alyssa Hernandez

### NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement identifying all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants Chelsea Hamilton and Alyssa Hernandez | Kenneth H. Yoon (SBN 198443) kyoon@yoonlaw.com Stephanie E. Yasuda (SBN 265480) syasuda@yoonlaw.com Brian G. Lee (SBN 300990) blee@yoonlaw.com **YOON LAW, APC** One Wilshire Boulevard, Suite 2200 Los Angeles, California 90017 Telephone: (213) 612-0988 Facsimile: (213) 947-1211 <br><br> G. Samuel Cleaver (SBN 245717) sam@gscleaverlaw.com **LAW OFFICES OF G. SAMUEL CLEAVER** 5670 Wilshire Boulevard, 18th Floor Los Angeles, CA 90036 Telephone: (323) 648-6676 <br><br> Brian J. Mankin (SBN 216228) bjm@fernandezlauby.com Peter J. Carlson (SBN 295611) pjc@fernandezlauby.com **FERNANDEZ & LAUBY LLP** 4590 Allstate Drive Riverside, CA 92501 Tel: (951) 320-1444 Fax: (951) 320-1445 bjm@fernandezlauby.com pjc@fernandezlauby.com |

| | |
|---|---|
| Defendants-Appellees<br>Wal-Mart Stores, Inc. and<br>Wal-Mart Associates, Inc. | Mark D. Kemple (SBN 145219)<br>kemplem@gtlaw.com<br>Robert J. Herrington (SBN 234417)<br>herringtonr@gtlaw.com<br>Matthew R. Gershman (SBN 253031)<br>gershmanm@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800 |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT