KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs
Chelsea Hamilton and Alyssa Hernandez

[Additional counsel listed on the following page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHELSEA HAMILTON, individually and on behalf of all others similarly situated, and ALYSSA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation, WAL-MART ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:17-cv-01415 AB (KKx)<br><br>**PLAINTIFFS' CORRECTED NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

1  G. SAMUEL CLEAVER [CSB No. 245717]
   sam@gscleaverlaw.com
2  **LAW OFFICES OF G. SAMUEL CLEAVER**
   5670 Wilshire Boulevard, 18th Floor
3  Los Angeles, CA 90036
   Telephone: (323) 648-6676
4
   BRIAN J. MANKIN       [CSB No. 216228]
5  bjm@fernandezlauby.com
   PETER J. CARLSON     [CSB No. 295611]
6  pjc@fernandezlauby.com
   **FERNANDEZ & LAUBY LLP**
7  4590 Allstate Drive
   Riverside, CA  92501
8  Tel:  (951) 320-1444
   Fax: (951) 320-1445
9  bjm@fernandezlauby.com
   pjc@fernandezlauby.com
10
11 Attorneys for Plaintiffs
   Chelsea Hamilton and Alyssa Hernandez
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiffs in the above-named case, Chelsea Hamilton and Alyssa Hernandez, on behalf of themselves and all others similarly situated ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 4th day of September, 2019 (Docket No. 323), and all interlocutory orders that gave rise to the Judgment.

Dated: October 2, 2019          **YOON LAW, APC**

By: _____*/s/ Kenneth H. Yoon*_____
          Kenneth H. Yoon
          Stephanie E. Yasuda
          Brian G. Lee
Attorneys for Plaintiffs
Chelsea Hamilton and Alyssa Hernandez

## **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement identifying all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants<br>Chelsea Hamilton and Alyssa Hernandez | Kenneth H. Yoon (SBN 198443)<br>kyoon@yoonlaw.com<br>Stephanie E. Yasuda (SBN 265480)<br>syasuda@yoonlaw.com<br>Brian G. Lee (SBN 300990)<br>blee@yoonlaw.com<br>**YOON LAW, APC**<br>One Wilshire Boulevard, Suite 2200<br>Los Angeles, California 90017<br>Telephone: (213) 612-0988<br>Facsimile: (213) 947-1211<br><br>G. Samuel Cleaver (SBN 245717)<br>sam@gscleaverlaw.com<br>**LAW OFFICES OF G. SAMUEL CLEAVER**<br>5670 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA 90036<br>Telephone: (323) 648-6676<br><br>Brian J. Mankin (SBN 216228)<br>bjm@fernandezlauby.com<br>Peter J. Carlson (SBN 295611)<br>pjc@fernandezlauby.com<br>**FERNANDEZ & LAUBY LLP**<br>4590 Allstate Drive<br>Riverside, CA  92501<br>Tel:  (951) 320-1444<br>Fax: (951) 320-1445<br>bjm@fernandezlauby.com<br>pjc@fernandezlauby.com |

| | |
|---|---|
| Defendants-Appellees<br>Wal-Mart Stores, Inc. and<br>Wal-Mart Associates, Inc. | Mark D. Kemple (SBN 145219)<br>kemplem@gtlaw.com<br>Robert J. Herrington (SBN 234417)<br>herringtonr@gtlaw.com<br>Matthew R. Gershman (SBN 253031)<br>gershmanm@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br><br>Theane D. Evangelis (SBN 243570)<br>TEvangelis@gibsondunn.com<br>Bradley J. Hamburger (SBN 266916)<br>BHamburger@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue,<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br><br>Elizabeth A. Dooley (SBN 292358)<br>EDooley@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: 415.393.8200 |