1  THEANE D. EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
2  BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
3  ELIZABETH A. DOOLEY, SBN 292358
    edooley@gibsondunn.com
4  WILLIAM F. COLE, SBN 308624
    bcole@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
  333 South Grand Avenue
6  Los Angeles, CA 90071-3197
  Telephone:  213.229.7000
7  Facsimile:   213.229.7520

8  MARK D. KEMPLE, SBN 145219
    kemplem@gtlaw.com
9  ROBERT J. HERRINGTON, SBN 234417
    herringtonr@gtlaw.com
10 MATTHEW R. GERSHMAN, SBN 253031
    gershmanm@gtlaw.com
11 GREENBERG TRAURIG, LLP
  1840 Century Park East, Suite 1900
12 Los Angeles, CA 90067-2121
  Telephone:  310.586.7700
13 Facsimile:   310.586.7800

14 Attorneys for Defendants WAL-MART
  STORES, INC. and WAL-MART
15 ASSOCIATES, INC.

16                UNITED STATES DISTRICT COURT

17               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 CHELSEA HAMILTON, individually and on behalf of all others similarly | CASE NO. 5:17-cv-01415-AB |
| 19 situated, and ALYSSA HERNANDEZ, individually and on behalf of all others | **DEFENDANTS WALMART STORES INC.'S AND WALMART ASSOCIATES** |
| 20 similarly situated; | **INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF** |
| 21         Plaintiffs, | **APPEALS FOR THE NINTH CIRCUIT** |
| 22    v. | |
| 23 WAL-MART STORES, INC., a corporation, WAL-MART | |
| 24 ASSOCIATES, INC., a corporation and DOES 1 through 50, inclusive, | |
| 25 | |
| 26         Defendants. | |

27

28

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         **NOTICE IS HEREBY GIVEN** that Defendant Walmart Stores, Inc. and

3    Defendant Walmart Associates, Inc. (collectively, "Walmart") hereby appeal to the

4    United States Court of Appeals for the Ninth Circuit from the Order Denying

5    Defendants' Motion for Judgment as a Matter of Law (Dkt. 350), entered in this Court

6    on February 11, 2020; the Judgment (Dkt. 323), entered in this Court on September 4,

7    2019; and all other orders and rulings of the Court that were adverse to Walmart, whether

8    or not subsumed in the February 11, 2020 Order and the September 4, 2019 Judgment.

9

10   Dated: February 24, 2020             Respectfully submitted,

11

                                         **GIBSON, DUNN & CRUTCHER LLP**
12

13                                       By: /s/        Theane D. Evangelis
                                                        Theane D. Evangelis
14
                                         Attorneys for Defendants WAL-MART
15                                       STORES, INC. and WAL-MART
                                         ASSOCIATES, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2
WALMART'S NOTICE OF APPEAL

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

**Attorneys for Defendants:**

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
  edooley@gibsondunn.com
WILLIAM F. COLE, SBN 308624
  bcole@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

MARK D. KEMPLE, SBN 145219
  kemplem@gtlaw.com
ROBERT J. HERRINGTON, SBN 234417
  herringtonr@gtlaw.com
MATTHEW R. GERSHMAN, SBN 253031
  gershmanm@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:  310.586.7700
Facsimile:   310.586.7800

*Attorneys for Defendants Walmart Stores, Inc.*
*and Walmart Associates, Inc.*

**Attorneys for Plaintiffs:**

KENNETH H. YOON, SBN 198443
  kyoon@yoonlaw.com
STEPHANIE E. YASUDA, SBN 265480
  syasuda@yoonlaw.com
BRIAN G. LEE, SBN 300990
  blee@yoonlaw.com
YOON LAW, APB
One Wilshire Boulevard, Suite 2200
Los Angeles, CA 90017
Telephone:  213.612.0988
Facsimile:   213.947.1211

G. SAMUEL CLEAVER, SBN 245717
  sam@gscleaverlaw.com
LAW OFFICES OF G. SAMUEL CLEAVER
5670 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90036
Telephone:  323.648.6676

1   BRIAN J. MANKIN, SBN 216228
      bjm@fernandezlauby.com
2   PETER J. CARLSON, SBN 295611
      pjc@fernandezlauby.com
3   FERNANDEZ & LAUBY LLP
    4590 Allstate Drive
4   Riverside, CA 92501
    Telephone:   951.320.1444
5   Facsimile:   951.320.1445

6   *Attorneys for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

WALMART'S NOTICE OF APPEAL