

**FILED**

SEP 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHELSEA HAMILTON; ALYSSA HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs-Appellants/<br>　　　　Cross-Appellees,<br><br>　v.<br><br>WAL-MART STORES, INC., a corporation; WAL-MART ASSOCIATES, INC., a corporation; DOES, 1 through 50, inclusive,<br><br>　　　　Defendants-Appellees/<br>　　　　Cross-Appellants. | Nos.　19-56161 & 20-55223<br><br>D.C. Nos.<br>5:17-cv-01415-AB-KK<br>5:17-cv-01485-AB-KK<br>Central District of California, Riverside<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

　　Appellants/Cross-Appellees Chelsea Hamilton and Alyssa Hernandez ("Hamilton") filed a notice of intent to file publicly previously sealed documents pursuant to Ninth Circuit Rule 27-13(f) and submitted Volumes 12 and 13 of the excerpts of record provisionally under seal (Docket Entry No. 23). Appellees/cross-appellants Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc. ("Wal-Mart") then filed a motion (Docket Entry No. 28) to file and maintain under

seal some of the documents in Volume 12 of the excerpts of record, which Hamilton does not oppose. The motion to seal is granted.

The Clerk shall publicly file the notice to unseal (Docket Entry No. 23-1), the motion to seal (Docket Entry No. 28), the first brief on cross-appeal (Docket Entry No. 21), and Volumes 1 through 11 and Volume 13 of the excerpts of record (Docket Entry Nos. 22, 23-3), and shall file under seal Volume 12 of the excerpts of record (Docket Entry No. 23-2).

Within 21 days after the date of this order, Hamilton shall submit for public filing a redacted version of sealed Volume 12, including only a redacted version of the Declaration of G. Samuel Cleaver in Support of Plaintiffs' Motion for Partial Summary Judgment, which was publicly filed at district court Docket No. 168-1. The public redacted volume should not be re-numbered, and the existing excerpt citations in the brief should not be altered.

The existing briefing schedule shall continue in effect.